# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| **v.** | : | **NO. 02-669** |
| **CHADWICK A. HARP** | : | |

## ORDER

**AND NOW**, this 4th day of April, 2007, upon the request of the Probation Office for modification of conditions, it is **ORDERED** that a hearing to show cause why the conditions of supervised release should not be modified to preclude the defendant from employment in any business in which he is responsible for preparation of taxes and/or legal document service shall be held on **Thursday, April 12, 2007, at 11:00 a.m. in Courtroom 9A.**

　　　　　　　　　　　　　　　　　　　　s/Timothy J. Savage
　　　　　　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE, J.