# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 02-669** |
| | : | |
| **CHADWICK A. HARP** | : | |

## ORDER

**AND NOW**, this 16th day of May, 2007, upon consideration of the Defendant, Chadwick Harp's Motion to Terminate Supervised Release (Document No. 25) and after a hearing, it is **ORDERED** that the motion is **DENIED**.

                                                             s/Timothy J. Savage
                                                  TIMOTHY J. SAVAGE, J.