

United States District Court

for the

**Eastern District of Pennsylvania**

U.S.A. vs. <u>Chadwick A. Harp</u>　　　　　　　　　Case No. <u>2:02CR00669-01</u>

**Petition on Supervised Release**

　　　COMES NOW <u>Albert Wright</u> U. S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of <u>Chadwick A. Harp</u> who was placed on <u>Supervised Release</u> by The Honorable Clarence C. Newcomer sitting in the Court at <u>Philadelphia, PA</u>, on the <u>24th</u> day of <u>September, 2003</u>, who fixed the period of supervision at <u>three years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

| | |
|---|---|
| <u>ORIGINAL OFFENSE:</u> | Wire fraud (Count One), bankruptcy fraud (Count Two) and perjury (Count Three). |
| <u>ORIGINAL SENTENCE:</u> | The defendant was committed to the custody of the United States Bureau of Prisons for 21 months on Counts One, Two and Three to run concurrently followed by 3 years supervised release. |
| <u>SPECIAL CONDITIONS:</u> | 1) The defendant was ordered to pay a special assessment in the amount of $300.00; 2) The defendant was ordered to pay a fine in the amount of $5,000.00; 3) The defendant was ordered to pay restitution in the amount of $172,000.00 at the rate of $500.00 per month; 4) The defendant shall provide the U.S. Probation Office with access to any requested personal and or business financial information; and 5) The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within fifteen days of release on supervision, and submit to at least two periodic drug tests thereafter as directed by the probation officer. |

On June 9, 2004, this case was reassigned at random pursuant to Local Rule 3(a) of the Local Rules of Criminal Procedure from the calendar of The Honorable Clarence C. Newcomer to the calendar of The Honorable Timothy J. Savage.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE
AS FOLLOWS:

Mr. Harp has a remaining restitution obligation of $121,400.00 and the fine of $5,000.00. The $300.00 special assessment has been paid in full. Assistant U.S. Attorney Joseph F. Minni of the Financial Litigation Unit (FLU) was advised that Mr. Harp's case is due to expire on April 27, 2008. Mr. Minni informed this officer that the U.S. Attorney's Office is still investigating

**RE:** Harp, Chadwick A.
**Case No.** 2:02CR00669-01

payments the defendant claims to have paid and that a tentative financial agreement is pending in regards to prior payments submitted towards the outstanding restitution. The probation office was directed to cease collection of the Court ordered restitution in order to allow the U.S. Attorney's Office to continue to investigate prior payments.

**PRAYING THAT THE COURT WILL ORDER...**   THAT SUPERVISED RELEASE BE PERMITTED TO EXPIRE ON APRIL 27, 2008, WITH AN OUTSTANDING RESTITUTION AND FINE BALANCE.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

*[signature]*
Charles D. Donahue, Jr.
Supervising U.S. Probation Officer

Place: Reading, PA
Date: April 23, 2008

AW/am

ORDER OF THE COURT

Considered and ordered this 25th day of April, 2008 and ordered filed and made part of the records in the above case.

*See Probation*

*[signature]*
U. S. District Court Judge

2